JEREMY J. THOMPSON
Nevada Bar No. 12503
CLARK HILL PLLC
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com
*Attorney for Defendant*
*The National Consumer Telecom and Utilities Exchange (NCTUE)*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CYNTHIA K. EDDINGTON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>Coast to Coast Financial Solutions, Inc., Verizon Wireless Services, LLC, National Consumer Telecom & Utilities Exchange, Inc., Experian Information Solutions, Inc., and General Information Services, Inc.,<br><br>Defendants. | Case No. 2:20-cv-01999-JCM-BMW<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT NATIONAL CONSUMER TELECOM and UTILITIES EXCHANGE TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Attorney for Defendant the National Consumer Telecom and Utilities Exchange (NCTUE) has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant NCTUE's time to answer, move or otherwise respond to the Complaint in this action is extended from December 14, 2020 through and including **January 15, 2020**. Plaintiff and NCTUE are actively engaged in discussions. The additional time to respond to the Complaint will facilitate

. . .

. . .

. . .

discussions. This joint motion is filed in good faith and not intended to cause delay.

Respectfully submitted this 7th day of December, 2020.

CLARK HILL PLLC

By: /s/ Jeremy J. Thompson
Jeremy J. Thompson
Nevada Bar No. 12503
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Phone: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com

*Attorneys for Defendant NCTUE*

**<u>No opposition</u>**

/s/ Michael Kind, Esq.
Michael Kind, Esq.
Nevada Bar No. 13903
KIND LAW
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
Phone: (702) 337-2322
Fax: (702) 329-5881
Email: mk@kindlaw.com

George Haines, Esq.
Nevada Bar No. 9411
FREEDOM LAW FIRM
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702)385-5518
ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Cynthia K. Eddington*

**IT IS SO ORDERED**

**DATED:** 4:58 pm, December 11, 2020

*[signature]*

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

- 2 -