1  Michael Kind, Esq.
2  Nevada Bar No.: 13903
   **Kind Law**
3  8860 South Maryland Parkway, Suite 106
4  Las Vegas, Nevada 89123
5  (702) 337-2322
6  (702) 329-5881 (fax)
   mk@kindlaw.com
7  *Attorney for Plaintiff Cynthia K. Eddington*
8
9              **UNITED STATES DISTRICT COURT**
10                    **DISTRICT OF NEVADA**

11 | Cynthia K. Eddington, | Case No.: 2:20-cv-01999-JCM-BNW |
12 |
13 |         Plaintiff, | **Stipulation of dismissal of General Information Services, Inc. with prejudice** |
14 | v. |
15 |
16 | Coast to Coast Financial Solutions, Inc., Verizon Wireless Services, LLC, National Consumer Telecom & Utilities Exchange, Inc., Experian Information Solutions, Inc., and General Information Services, Inc., |
17 |
18 |
19 |
20 |
21 |         Defendant. |
22
23
24
25
26
27

STIPULATION                                      - 1 -

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Cynthia K. Eddington and General Information Solutions LLC (named in the Complaint as "General Information Services Inc.") (hereafter, "GIS") stipulate to dismiss Plaintiff's claims against GIS with prejudice. Plaintiff has determined upon further investigation that GIS was named in this lawsuit in error and therefore has no claim against GIS.

Each party will bear its own costs, disbursements, and attorney fees.

Dated: December 9, 2020.

**KIND LAW**

/s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
*Attorney for Plaintiff Cynthia K. Eddington*

**LITTLER**

/s/ Diana Dickinson
Diana Dickinson, Esq.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, Nevada 89169
*Counsel for General Information Services, Inc.*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: December 14, 2020

STIPULATION - 2 -