George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorney for Plaintiff Cynthia K. Eddington*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Cynthia K. Eddington,<br><br>                  Plaintiff,<br><br>   v.<br><br>Coast to Coast Financial Solutions, Inc., Verizon Wireless Services, LLC, National Consumer Telecom & Utilities Exchange, Inc., Experian Information Solutions, Inc., and General Information Services, Inc.,<br><br>                  Defendant. | Case No.:<br>2:20-cv-01999-JCM-BNW<br><br>**Stipulation of dismissal of National Consumer Telecom & Utilities Exchange, Inc. with prejudice** |

    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Cynthia K. Eddington and National Consumer Telecom & Utilities Exchange, Inc. stipulate to dismiss Plaintiff's claims against National Consumer Telecom & Utilities

---

STIPULATION            - 1 -

1 | Exchange, Inc. with prejudice.
2 | ///
3 | ///
4 | ///
5 |
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |

_____

S<small>TIPULATION</small>                               - 2 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: February 10, 2021.

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Cynthia K. Eddington*

**CLARK HILL PLLC**

/s/ Jeremy Thompson
Jeremy Thompson, Esq.
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
*Counsel for National Consumer Telecom & Utilities Exchange, Inc.*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: February 10, 2021

STIPULATION                                            - 3 -